UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES JEFFERY DAVIS,<br><br>                Petitioner,<br>    v.<br><br>MARGARET GILBERT,<br><br>                Respondent. | Case No. C17-5665 RBL-TLF<br><br>ORDER TO SHOW CAUSE REGARDING PETITIONER'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This matter is before the Court on petitioner's filing of an application to proceed *in forma pauperis* and a petition for writ of *habeas corpus* under 28 U.S.C. §2254. Dkt. 1. An attached trust account statement dated August 4, 2017 shows that petitioner has average monthly receipts of $35.93 and an average monthly spendable balance of $72.05. The filing fee for a habeas petition is $5.00. Based on the information provided by petitioner, the Court is unable to determine whether he should be granted IFP.

Accordingly, the Court ORDERS**:**

(1) Petitioner shall show cause why his IFP application should not be denied **on or before October 29, 2017.** Alternatively, petitioner may pay the $5.00 filing fee before that date. Petitioner's failure to do so shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of the petition.

ORDER TO SHOW CAUSE REGARDING PETITIONER'S
APPLICATION TO PROCEED IN FORMA PAUPERIS - 1

1     (2)     The Clerk is directed to send a copy of this Order to petitioner.

2     Dated this 26th day of September, 2017.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE REGARDING PETITIONER'S
APPLICATION TO PROCEED IN FORMA PAUPERIS - 2