# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHARLES JEFFREY DAVIS,

    Petitioner,

v.

MARGARET GILBERT,

    Respondent.

Case No. 3:17-cv-05665-RBL-TLF

**REPORT AND RECOMMENDATION**
**Noted For: December 29, 2017**

On August 23, 2017, Petitioner Charles Jeffrey Davis filed a motion for leave to proceed *in forma pauperis* (IFP) together with a proposed petition for a writ of habeas corpus. Dkt. 1. In response to an order to show cause, Mr. Davis paid the $5.00 filing fee on September 29, 2017 (Receipt No. T-14818). Because Mr. Davis has paid the filing fee, the Court should deny the IFP application.

**DISCUSSION**

A district court may permit indigent litigants to proceed IFP upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an IFP application. *Weller v. Dickson,* 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963). Mr. Davis paid the $5.00 filing fee on September 29, 2017, and therefore, his IFP application is moot. The undersigned recommends that the Court deny Mr. Davis's IFP application (Dkt. 1).

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), Petitioner shall have fourteen (14) days from service of this Report and Recommendation to file written objections thereto. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed set this matter for consideration on **December 29, 2017**, as noted in the caption.

Dated this 12th day of December, 2017.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge