UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES JEFFREY DAVIS,

          Petitioner,

  v.

MARGARET GILBERT,

          Respondent.

Case No. 3:17-cv-05665-RBL-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Theresa L. Fricke, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED as moot because Petitioner has paid the full filing fee.

    (3)    The Clerk is directed to send copies of this Order to Petitioner.

Dated this 2nd day of January, 2018.

                                  Ronald B. Leighton
                                  United States District Judge