UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES JEFFERY DAVIS,<br><br>                Petitioner,<br>      v.<br><br>MARGARET GILBERT,<br><br>                Respondent. | Case No. C17-5665 RBL-TLF<br><br>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1) the Magistrate Judge's report and recommendation is approved and adopted;

(2) petitioner's motion for voluntary dismissal is GRANTED;

(3) petitioner's federal habeas corpus petition is DISMISSED without prejudice; and

(4) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 6th day of January, 2020.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER GRANTING MOTION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 1